# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Mavis Burt, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Novartis Pharmaceuticals | ) | |
| Corporation, | ) | |
| | ) | Case No. 1:12-cv-128 |
| Defendant. | ) | |

Before the court is defendant's motion for attorney Patrick R. Harkins to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Patrick R. Harkins has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fee to the office of the Clerk. Accordingly, the motion (Docket No. 151) is **GRANTED**. Attorney Patrick R. Harkins is admitted to practice before this court in the above-entitled action on defendant's behalf.

   **IT IS SO ORDERED.**

   Dated this 12th day of December, 2012.

                             */s/ Charles S. Miller, Jr.*
                             Charles S. Miller, Jr.
                             United States Magistrate Judge