# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Mavis Burt, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Novartis Pharmaceuticals Corporation, ) | |
| ) | Case No.: 1:12-cv-128 |
| Defendant. ) | |

_____

The court shall conduct a status conference with the parties by telephone on June 19, 2013, at 10:00 a.m. CDT. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 18th day of December, 2012.

                                               */s/ Charles S. Miller, Jr.*
                                               Charles S. Miller, Jr., Magistrate Judge
                                               United States District Court