IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Mavis I. Burt, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Novartis Pharmaceuticals Corporation, | ) | |
| | ) | Case No. 1:12-cv-128 |
| Defendants. | ) | |

Before the court is the Plaintiff's Motion for attorney Daniel A. Osborn to appear *pro hac vice* on her behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Daniel A. Osborn has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiff's motion (Docket No. 160) is **GRANTED**. Attorney Daniel A. Osborn is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 27th day of December, 2012.

                                                      */s/ Charles S. Miller, Jr.*
                                                      Charles S. Miller, Jr.
                                                      United States Magistrate Judge