# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Mavis Burt, | ) | |
| | ) | |
| Plaintiff, | ) | **CASE MANAGEMENT ORDER II** |
| | ) | |
| vs. | ) | |
| | ) | |
| Novartis Pharmaceuticals Corporation, | ) | |
| | ) | Case No. 1:12-cv-128 |
| Defendant. | ) | |

The court held a status teleconference with the parties in the above-entitled action on June 26, 2013. Attorney Daniel Osborn appeared on plaintiff's behalf. Attorneys Patrick Harkins and James Hill appeared on defendant's behalf.

Pursuant to the parties' discussions, the court **ORDERS** that they have shall until November 1, 2013, to complete fact discovery on the issue of damages.

Dated this 27th day of June, 2013.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court

.